IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ENIL JOSADAC ZELAYA, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-238-CDL-AGH |
| | * |
| PAM BONDI, *et al.*, | |
| | * |
| Respondents. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 10/8/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of October, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk